HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DARRYL MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00225-DJC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| vs. | ) ) ) |  |
| DARRYL MORRIS, | ) ) | DATE: December 18, 2025 |
| Defendant. | ) ) ) | TIME: 9:00 AM
JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Elliot Wong, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren, attorney for defendant Darryl Morris, that the previously scheduled status conference date of December 18, 2025, be continued to **March 19, 2026**, at 9:00 a.m.

The reason for the continuance is that defense counsel requests additional time to review discovery, continue her investigation, evaluate issues relevant to mitigation, and follow up with the government regarding the results of her findings.  To date, the government has produced approximately 8,000 pages of discovery. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For the purpose of commuting time under 18 U.S.C. § 3161 *et seq*. (Speedy Trial Act), the parties request that the time period between December 18, 2025 and March 19, 2026, inclusive, be

deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 9, 2025

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
DARRYL MORRIS

Date: December 9, 2025

ERIC GRANT
United States Attorney

*/s/ Elliot Wong*
ELLIOT WONG
Assistant U.S. Attorneys
Attorneys for Plaintiff

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE               -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 30, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered the December 18, 2025 status conference shall be continued until March 19, 2026, at 9:00 a.m.

Dated: December 9, 2025            /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE